IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 3:21-CR-30118-DWD |
| | ) |
| JAYKUMAR PATEL, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

The United States of America enters into the following Stipulation of Facts with Defendant Jaykumar Patel, and his counsel Roger D. Futerman, pertaining to the conduct of the Defendant charged in the indictment in this case and the relevant conduct of the defendant within the scope of U.S.S.G. § 1B1.3.

1. From at least June 21 through June 29, 2021 in Madison County, Illinois and elsewhere, Defendant Jaykumar Patel knowingly conspired and agreed with others to commit an offense against the United States in violation of 18 U.S.C. § 1341, namely to devise and participate in a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme, and attempting so to do, caused materials to be sent and delivered by commercial interstate carrier.

2. This case arises out of a phone scam targeted at elderly victims across the United States. The scammer usually identified himself as a law enforcement officer, told the victim their identity or other personal information had been stolen, and then told the victim he/she needed to send cash or buy gift cards to protect his/her identity. This was all false. In reality, the scammer was not a law enforcement officer, the victim's identity had not been stolen, and the victim did not need to send cash or gift cards to protect his/her identity.

1



3. The phone scammers told victims to send the cash or gift cards by FedEx or the United Postal Service (UPS). Often, the scammers convinced victims to send cash or buy gift cards more than once.

4. At the instructions of two individuals located in India (Patel's "handlers"), Defendant Patel went to various locations across Florida to pick up the FedEx and UPS packages containing cash sent by the victims.

5. After Patel collected the money from packages sent by the victims, Patel followed the instructions of his handlers, who instructed him to drop the money off with specific individuals across Florida.

6. Patel agreed to join the conspiracy knowing his coconspirators were committing a crime. Patel also had the intent to advance the conspiracy.

7. This conspiracy and scheme defrauded E.R., a 67-year-old resident of Alton, Illinois. On June 21, 2021, E.R. was contacted by phone by a male subject identifying himself as "Weston" and claiming to work for law enforcement. "Weston" told E.R. that E.R.'s identity had been stolen. This was not true. "Weston" also instructed E.R. to send $30,000 cash by FedEx to an address in St. Petersburg, Florida to fix it.

8. E.R. placed what she believed to be $30,000 in cash (it was actually $29,000) in a FedEx envelope and sent it by FedEx from Alton, Illinois 62002. E.R. sent the FedEx envelope containing the money to an address given to E.R. by "Weston." The address was: Chris White, 3851 4th Street North, St. Petersburg, FL 33703. A Walgreens store is located at this address. Following instructions from "Weston," E.R. placed the money between the pages of magazines to disguise it.

9. On June 29, 2021, Defendant Patel entered the Walgreens store at 3851 4th Street North, St. Petersburg, FL 33703 and asked for a FedEx package addressed to "Chris White"—the

name E.R. was told to put on the first package. Defendant presented a counterfeit Florida driver's license bearing the name "James Carry Anderson" to a store employee. Patel was apprehended by law enforcement officers before collecting the package sent by E.R.

10. The following chart identifies nineteen packages sent by at least 15 individual victims. Most of these packages were picked up by Defendant Patel. A few were picked up by Patel's then-girlfriend on his behalf. Based on this chart, the intended loss amount is greater than $250,000.

|     | State | Victim     | Victim age | Amount sent to Patel | Outcome      |
| --- | ----- | ---------- | ---------- | -------------------- | ------------ |
| 1.  | IL    | E.R.       | 67         | $29,000              | Intercepted  |
| 2.  | OK    | S.S.       | 90         | $20,000              | Intercepted  |
| 3.  | FL    | M.K.       | 66         | $10,000              | Picked up    |
| 4.  | GA    | H.M.       | 83         | $10,500              | Intercepted  |
| 5.  | AZ    | F.A.       | Unknown    | $14,500              | Intercepted  |
| 6.  | FL    | D.P.       | Unknown    | $10,000              | Picked up    |
| 7.  | FL    | D.P.       | Unknown    | $10,000              | Intercepted[1] |
| 8.  | GA    | R.M.       | Unknown    | $11,300              | Picked up    |
| 9.  | NY    | J.K.       | Unknown    | $14,000              | Picked up    |
| 10. | NJ    | C.P.       | 80         | $7,000               | Picked up    |
| 11. | MN    | D.V.       | 59         | $10,000              | Picked up    |
| 12. | CA    | G.W.       | Unknown    | $40,000              | Picked up    |
| 13. | CO    | H.D.       | Unknown    | Unknown              | Picked up    |
| 14. | CA    | A.B.       | Unknown    | Unknown              | Picked up    |
| 15. | GA    | H.C.       | 78         | $10,000              | Picked up    |
| 16. | CA    | Unverified | Unknown    | $20,000              | Picked up    |
| 17. | CA    | Unverified | Unknown    | $40,000              | Picked up    |
| 18. | CA    | Unverified | Unknown    | Unknown              | Picked up    |
| 19. | MI    | S.E.       | 68         | $10,000              | Picked up    |
|     |       |            | **Total**  | **$266,300**         |              |

11. S.E. was instructed to send $10,000 addressed to Patel's then girlfriend at a Tampa, Florida address on June 9, 2021. Patel and his then girlfriend picked up the package the next day on June 10, 2021.

---

[1] D.P. sent a package containing $10,000. The package intercepted by law enforcement, however, was improperly labeled by the shipping company. It came from a different sender, not D.P., and contained clothing, not cash.

3



12. On June 20, 2021, Patel dropped off $63,170 in cash with an individual referred to as "Babu." The cash constituted proceeds of fraud. This money was recovered by law enforcement.

13. Patel's handlers sent an initial payment to him, addressed to his then-girlfriend, on May 26, 2021. Patel's handlers thereafter paid him based on a percentage of the cash he picked up. In addition, Patel would also have a cash "balance" at any given time—money he had picked up but not yet dropped off. This balance was about $29,000.00 in cash when Patel was arrested. The $29,000 was not recovered by law enforcement.

14. The indictment in this case was filed August 3, 2021. On August 12, 2021, Patel's then-girlfriend purchased a new 2021 Mustang for $54,995.00 and put $12,000 cash down.

15. On August 18, 2021, scammers instructed a victim in Pennsylvania to send a FedEx package containing about $9,999.99 in cash to Patel's apartment address in Florida. The package was intercepted before it arrived.

16. Venue in this suit is proper in the Southern District of Illinois because victim E.R. resides in the Southern District of Illinois.

SO STIPULATED:

|  |  |
|---|---|
| _____<br>JAYKUMAR PATEL<br>Defendant<br><br>_____<br>ROGER D. FUTERMAN, Esq.<br>Attorney for Defendant | RACHELLE AUD CROWE<br>U.S. Attorney<br>Southern District of Illinois<br><br>_Peter T. Reed_  6/21/2022<br>PETER T. REED<br>Assistant United States Attorney<br><br>6/17/2022 |

Date: 6/17/2022          Date: 06/17/2022